NATIONAL LABOR RELATIONS BOARD *v.* MILK DRIVERS AND DAIRY EMPLOYEES LOCAL UNIONS NOS. 338 AND 680, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, AFL–CIO.

No. 412.  Decided June 23, 1958.

*Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard, Dominick L. Manoli* and *Norton J. Come* for petitioner.

*Samuel J. Cohen* for Local 338, respondent.

*Thomas L. Parsonnet* for Local 680, respondent.

PER CURIAM.

The petition for writ of certiorari is granted.  The judgment of the Court of Appeals is reversed on the authority of *Local 1976, United Brotherhood of Carpenters and Joiners of America, AFL, et al.* v. *National Labor Relations Board; National Labor Relations Board* v. *General Drivers, Chauffeurs, Warehousemen and Helpers Union, Local No. 886, AFL–CIO;* and *Local 850, International Association of Machinists, AFL–CIO,* v. *National Labor Relations Board,* all decided together June 16, 1958, and reported *ante,* p. 93.

THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE DOUGLAS dissent for the reasons stated in the dissenting opinion of MR. JUSTICE DOUGLAS in these cases.